**CRIMINAL CAUSE FOR JURY TRIAL**

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 5/16/2024  1.5 hours
**DOCKET No.  CR- 21-602**

**FILED
CLERK**

**DEFENDANT:**   JEFFREY SLOTHOWER   **DEF. #**
Present on bond

3:20 pm, May 16, 2024

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENSE COUNSEL:**  EVAN SUGAR
Federal Defenders


**A.U.S.A.**:   ANTHONY BAGNUOLA, BENJAMIN WEINTRAUB, ADAM TOPOROVSKY
INTERPRETER:  [Choose an item.] -- [Choose an item.]
COURT REPORTER:  Denise Parisi                           DEPUTY: KM

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☐ Jury Selection begins.  Prospective Jurors sworn
- ☐ Jury voir dire held.
- ☐ Jury selection continued to: _____.
- ☐ Jury empaneled and is satisfactory to all sides.
- ☐ Jury sworn.
- ☐ Trial to start on:_.

- ☐ Jury trial begins opening statements heard by all sides
- ☐ Witness(es) sworn, testimony heard.
- ☐ Exhibits entered into evidence.
- ☐ Trial to resume on:_.

- ☐ Government rests.
- ☐ Defendant moves for judgment of acquittal. Motion argued. Motion denied.
- ☐ Defendant rests.
- ☐ Summations heard.
- ☐ Charge conference held.
- ☒ Jury deliberations continued.
- ☒ Verdict entered:
  - ☒ **GUILTY** Verdict on Count(s): 1,2,3,4,5
  - ☐ **NOT GUILTY** Verdict on Count(s):
- ☒ Jurors polled and excused with the thanks of the Court.
- ☒ Motion schedule set:  Defendant's motion due within 6 weeks, 30 days for response, 1 week reply

☐ Motion in limine by                                argued.
　　　The Court rules on the motion as follows:
　　　　　☐ Choose an item..
　　　　　☐ Other:

　　　　.

☒ Other discussions held:   Defendant continued on previously imposed bond conditions.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒ Defendant continued:  ☐ in custody       ☒ on bond