UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
USA,

                    Plaintiff(s),

      -against-

JEFFREY SLOTHOWER,

                    Defendant(s).
-------------------------------------------------------------X

**FILED**
**CLERK**

3:19 pm, May 16, 2024

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**ORDER OF SUSTENANCE**

CR-21-602 (GRB)

**BROWN, Magistrate Judge:**

      It is hereby ORDERED that the Clerk of the Court supply proper sustenance to the TWELVE (12) jurors empaneled in the above action:

( )  BREAKFAST
(X) LUNCH
( )  DINNER

during

( )  TRIAL
(X) DELIBERATIONS.

Dated: Central Islip, New York
        May 16, 2024

SO ORDERED:

/S/Gary Brown
GARY BROWN
United States Magistrate Judge